# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**Clifford Patton,**                )
                                    )
                **Plaintiff,**     )
                                    )
vs.                                 )    Case No. 19-cv-946-GCS
                                    )
**Jimmie Powell et al ,**           )
                                    )
                **Defendants.**    )

## JUDGMENT IN A CIVIL ACTION

**SISON, Magistrate Judge:**

Pursuant to the Order entered on November 2, 2020 (Doc. 46), the Court DISMISSES this action with prejudice and without cost.

Accordingly, this case is CLOSED.

IT IS SO ORDERED.

DATED:  November 2, 2020

                                            MARGARET M. ROBERTIE, Clerk of Court
                                            *s/ Catina Simpson*
                                            Deputy Clerk

Approved: *s/ Gilbert C. Sison*
Gilbert C. Sison, U.S. Magistrate Judge